1  JULIAN M. BAUM (CA State Bar No. 130892)
   JULIAN M. BAUM & ASSOCIATES
2  9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 892-3152
4  Facsimile: (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
5

6  C. JUDITH JOHNSON (CA State Bar No. 104557)
   CAMERLENGO & JOHNSON
7  500 Airport Boulevard, Suite 350
   Burlingame, California 94010
8  Telephone:  (650) 579-2911
   Facsimile:  (650) 579-7975
9  E-Mail:  CANDJLAW@IX.NETCOM.COM

10 Attorneys for Plaintiff Sharon Bardill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SHARON BARDILL, an individual, | ) | |
|---|---|---|
| | ) | Case No. C 09-03025 CRB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [Proposed] |
| v. | ) | ORDER CONTINUING CASE |
| | ) | MANAGEMENT CONFERENCE PENDING |
| THE LINCOLN NATIONAL LIFE | ) | MEDIATION |
| INSURANCE COMPANY; JEFFERSON | ) | |
| PILOT FINANCIAL INSURANCE | ) | |
| COMPANY; CAMINAR | ) | |
| COMPREHENSIVE HEALTH AND | ) | |
| WELFARE BENEFIT PLAN; and | ) | |
| CAMINAR, in its capacity as Plan | ) | |
| Administrator of the Caminar Comprehensive | ) | |
| Health and Welfare Benefit Plan, | ) | |
| | ) | |
| Defendants. | | |

.

1. The parties have agreed to mediate the action, and the Court has referred the case to mediation by its Order dated October 6, 2009 [Docket No. 7].

2. A Case Management Conference is presently scheduled to be conducted on October 23, 2009.

3. The parties hereby stipulate and respectfully request that the Court continue the Case Management Conference until after the ordered mediation, which is to be completed within 120 days of the Court's October 6, 2009 Order.

4. The parties understand, after contacting Chambers, that the Court prefers to conduct the Case Management Conference after the ordered mediation, and that following the mediation, the parties are to file either (1) a notice that the case has settled; or (2) a joint or *ex parte* application to the Court to schedule a Case Management Conference.

Dated: October 16, 2009          Respectfully submitted,

                                 JULIAN M. BAUM & ASSOCIATES

                                       /s/ by Julian M. Baum
                                 by_____
                                   JULIAN M. BAUM
                                   Attorneys for Plaintiff

Dated: October 16, 2009          GORDON & REES LLP

                                       /s/ by Tad A. Devlin
                                 by_____
                                   TAD A. DEVLIN
                                   Attorneys for Defendants

**ORDER**

The parties having stipulated as set forth above,

IT IS SO ORDERED.

DATED: October _19_, 2009        _____
                                 Charles R. Breyer
                                 United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND PROPOSED ORDER     Page 2 of 2           Case No. C 09-03025 CRB
RE CASE MANAGEMENT CONFERENCE