1   JULIAN M. BAUM (CA State Bar No. 130892)
2   JULIAN M. BAUM & ASSOCIATES
    9 Tenaya Lane
3   Novato, California 94947
    Telephone: (415) 892-3152
4   Facsimile: (888) 452-3849
    E-Mail: JMB@JMBLawGroup.Com
5
6   C. JUDITH JOHNSON (CA State Bar No. 104557)
    CAMERLENGO & JOHNSON
7   500 Airport Boulevard, Suite 350
    Burlingame, California 94010
8   Telephone:  (650) 579-2911
    Facsimile:  (650)  579-7975
9   E-Mail:  CANDJLAW@IX.NETCOM.COM

10  Attorneys for Plaintiff Sharon Bardill

11

12             **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14

15  SHARON BARDILL, an individual,           )
                                             )   Case No. C 09-03025 CRB
16          Plaintiff,                       )
                                             )   STIPULATION AND ~~[Proposed]~~
17  v.                                       )   ORDER CONTINUING CASE
                                             )   MANAGEMENT CONFERENCE PENDING
18                                           )   MEDIATION
    THE LINCOLN NATIONAL LIFE                )
19  INSURANCE COMPANY;  JEFFERSON            )
    PILOT FINANCIAL INSURANCE                )
20  COMPANY; CAMINAR                         )
    COMPREHENSIVE HEALTH AND                 )
21  WELFARE BENEFIT PLAN; and                )
    CAMINAR, in its capacity as Plan         )
22  Administrator of the Caminar Comprehensive )
23  Health and Welfare Benefit Plan,         )
                                             )
24          Defendants.                      )

25  _____

26        .

27

28

---

1.    The parties have agreed to mediate the action, and the Court has referred the case to mediation by its Order dated October 6, 2009 [Docket No. 7].

2.    A Case Management Conference is presently scheduled to be conducted on October 23, 2009.

3.    The parties hereby stipulate and respectfully request that the Court continue the Case Management Conference until after the ordered mediation, which is to be completed within 120 days of the Court's October 6, 2009 Order.

4.    The parties understand, after contacting Chambers, that the Court prefers to conduct the Case Management Conference after the ordered mediation, and that following the mediation, the parties are to file either (1) a notice that the case has settled; or (2) a joint or *ex parte* application to the Court to schedule a Case Management Conference.

Dated: October 16, 2009                    Respectfully submitted,

                                           JULIAN M. BAUM & ASSOCIATES


                                               /s/ by Julian M. Baum
                                           by_____
                                               JULIAN M. BAUM
                                               Attorneys for Plaintiff

Dated:  October 16, 2009                   GORDON & REES LLP


                                               /s/ by Tad A. Devlin
                                           by_____
                                               TAD A. DEVLIN
                                               Attorneys for Defendants

**ORDER**

The parties having stipulated as set forth above,

IT IS SO ORDERED.

DATED:  October _19_, 2009

                                           _____
                                           Charles R.
                                           United Sta

IT IS SO ORDERED

Judge Charles R. Breyer