TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BARDILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan,<br><br>Defendants. | CASE NO. C09-03025 CRB<br><br>STIPULATION TO CONTINUE ADR COMPLIANCE AND [PROPOSED] ORDER |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendants THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan in this action and Plaintiff SHARON BARDILL stipulate to continue the ADR compliance date for 90 days.

As such, the parties stipulate and request an order that the ADR compliance date be continued from February 3, 2010 to May 4, 2010.

-1-

IT IS SO STIPULATED.

DATED: February 8, 2010

JULIAN M. BAUM & ASSOCIATES

By _____
Julian M. Baum
Attorneys for Plaintiff
SHARON BARDILL

DATED: February 9th, 2010

GORDON & REES LLP

By _____
Tad A. Devlin
Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan

As stipulated, the ADR compliance date will be continued from February 3, 2010 to May 4, 2010.

IT IS SO ORDERED.

Signed: February 16, 2010

Charles R. Breyer
Judge, U.S. District Court for the Northern District

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION TO CONTINUE ADR COMPLIANCE
AND [PROPOSED] ORDER

CASE NO. C09-03025 CRB