1  JULIAN M. BAUM (CA State Bar No. 130892)
   JULIAN M. BAUM & ASSOCIATES
2  9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 892-3152
4  Facsimile: (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
5

6  C. JUDITH JOHNSON (CA State Bar No. 104557)
   CAMERLENGO & JOHNSON
7  500 Airport Boulevard, Suite 350
   Burlingame, California 94010
8  Telephone:  (650) 579-2911
   Facsimile:  (650)  579-7975
9  E-Mail:  CANDJLAW@IX.NETCOM.COM

10 Attorneys for Plaintiff Sharon Bardill

11

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 SHARON BARDILL, an individual,       )
                                        ) Case No. C 09-03025 CRB
16       Plaintiff,                     )
                                        )
17                                      ) STIPULATION AND [Proposed]
   v.                                   ) ORDER RE PLAINTIFF'S SECOND CLAIM
18                                      ) FOR RELIEF
   THE LINCOLN NATIONAL LIFE            )
19 INSURANCE COMPANY;  JEFFERSON        )
   PILOT FINANCIAL INSURANCE            )
20 COMPANY; CAMINAR                     )
   COMPREHENSIVE HEALTH AND             )
21 WELFARE BENEFIT PLAN; and            )
   CAMINAR, in its capacity as Plan     )
22 Administrator of the Caminar Comprehensive )
23 Health and Welfare Benefit Plan,     )
                                        )
24       Defendants.                    )
25 _____

26
      .
27

28

STIPULATION AND PROPOSED ORDER      Page 1 of 3      Case No. C 09-03025 CRB
RE SECOND CLAIM FOR RELIEF

1. *Whereas* this is an action seeking recovery of disability benefits and related relief under the Employee Retirement Security Act ("ERISA"), 29 U.S.C. §§ 1001 *et seq;* and

2. *Whereas* by this Stipulation and Proposed Order the parties seek to simplify the pleadings, and to further judicial economy by avoiding potential technical pleadings motions regarding proper parties defendant under ERISA.  Specifically, the parties stipulate that plaintiff shall dismiss her second claim for relief for breach of fiduciary duty, and defendant Lincoln National Life Insurance Company, in addition to the defendant ERISA "plan," shall bear responsibility for any relief awarded by the Court to plaintiff;

3. *Whereas*, current Ninth Circuit jurisprudence provides that a plaintiff may *not* assert an ERISA claim for disability benefits under 29 U.S.C. §1132(a)(1)(B) against the group disability insurance company that issued and administered the disability insurance policy at issue, but may assert such a claim only against the ERISA "plan" as an entity, without respect to whether that plan has assets or may otherwise be subject to an enforceable money judgment. *Ford v. MCI Communications Corp. Health and Welfare Plan,* 399 F.3d 1076, 1081 (9th Cir. 2005).  Rather, a plaintiff may plead a claim against said insurer for breach of fiduciary duty under 29 U.S.C. § 1132(a)(3) and seek to establish that she has no adequate legal remedy under 29 U.S.C. §1132(a)(1)(B). *Ehrman v. Standard Ins. Co.,* 2007 WL 1288465 at *4-5 (N.D. Cal. 2007)(plaintiff may plead claim against insurer for breach of fiduciary duty under 29 U.S.C. §1132(a)(3).);

*Wherefore,*

The parties stipulate and respectfully request the Court order as follows:

   a. Plaintiff's Second Claim for Relief is dismissed without prejudice;

   b. Defendant Lincoln National Life Insurance Company shall bear responsibility for any relief ordered by the Court to plaintiff in this action;

   c. For so long as the Court's judgment remains unsatisfied in whole or in part, defendants waive any statute of limitations defense to assertion by plaintiff of the claim for relief dismissed by this Stipulation and Proposed Order.

///

| | |
|---|---|
| Dated: January 4, 2010 | Respectfully submitted, |
| | JULIAN M. BAUM & ASSOCIATES |
| | /s/ by Julian M. Baum<br>by_____<br>JULIAN M. BAUM<br>Attorneys for Plaintiff |
| Dated:  October 16, 2009 | GORDON & REES LLP |
| | /s/ by Tad A. Devlin<br>by_____<br>TAD A. DEVLIN<br>Attorneys for Defendants |

**ORDER**

The parties having stipulated as set forth above,

IT IS SO ORDERED.
　　　　　March 05, 2010
DATED:  ~~January~~ ____, 2010

_____
Charles R. Breyer
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*