Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON BARDILL, an individual, | ) | CASE NO. C09-03025 CRB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| v. | ) | ALLOWING DEFENDANTS' |
| | ) | REPRESENTATIVE TO APPEAR |
| THE LINCOLN NATIONAL LIFE | ) | TELEPHONICALLY AT |
| INSURANCE COMPANY; JEFFERSON | ) | MEDIATION |
| PILOT FINANCIAL INSURANCE | ) | |
| COMPANY; CAMINAR COMPREHENSIVE | ) | |
| HEALTH AND WELFARE BENEFIT PLAN; | ) | |
| and CAMINAR, in its capacity as Plan | ) | |
| Administrator of the Caminar Comprehensive | ) | |
| Health and Welfare Benefit Plan, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants THE LINCOLN NATIONAL LIFE INSURANCE COMPANY;

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR

COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its

capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan

in this action (collectively "Defendants") requested permission from this Court for Defendants'

representative, Charles D. Cunningham, to appear by phone at the mediation currently scheduled

for May 4, 2010 with court-appointed mediator Robert F. Schwartz of Trucker Huss.  Plaintiff's

counsel and Mr. Schwartz do not oppose Defendants' telephonic appearance at mediation.

The Court having considered Defendants' request for telephonic appearance at mediation

-1-

1    and good cause being shown in Defendants' request for telephonic appearance, it is ordered as

2    follows:

3           Defendants' representative will be permitted to appear telephonically at mediation in this

4    case.

5           IT IS SO ORDERED.

6    DATED:  April __19__, 2010



IT IS SO ORDERED.

The
Judge
North

Judge Charles R. Breyer

Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING DEFENDANTS'                    CASE NO. C09-03025 CRB
REPRESENTATIVE TO APPEAR TELEPHONICALLY AT MEDIATION