JULIAN M. BAUM (CA State Bar No. 130892)
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (888) 452-3849
E-Mail: JMB@JMBLawGroup.Com

C. JUDITH JOHNSON (CA State Bar No. 104557)
CAMERLENGO & JOHNSON
500 Airport Boulevard, Suite 350
Burlingame, California 94010
Telephone: (650) 579-2911
Facsimile: (650) 579-7975
E-Mail: CANDJLAW@IX.NETCOM.COM

Attorneys for Plaintiff Sharon Bardill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BARDILL, an individual, | Case No. C09-03025 CRB |
| Plaintiff, | |
| v. | NOTICE OF COMPLETION OF MEDIATION AND REQUEST FOR SETTING OF INITIAL CASE MANAGEMENT CONFERENCE |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan, | [Proposed] **ORDER** setting Case Management Conference |
| Defendants. | |

REQUEST FOR CASE MANAGEMENT CONFERENCE    Page 1 of 2    Case No. C09-03025 CRB

Plaintiff hereby respectfully notifies the Court, in accordance with the Court's previous orders, that the parties have completed their mediation efforts, that the case has not been settled and, accordingly, respectfully requests that the Court schedule an initial Case Management Conference on a date convenient to the Court's calendar.

Dated: June 29, 2010                                       JULIAN M. BAUM & ASSOCIATES

by  /s/ by Julian M. Baum
JULIAN M. BAUM
Attorneys for Plaintiff

**ORDER**

The parties shall appear for a Case Management Conference at the following date and time: _July 16_, 2010 _8:30_ a.m./~~p.m.~~. The parties shall file a Joint Case Management Conference Statement as required by the Local Rules.

Dated: June 30, 2010

Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

REQUEST FOR CASE MANAGEMENT CONFERENCE        Page 2 of 2        Case No. C09-03025 CRB