1  TAD A. DEVLIN  (SBN 190355)
   GORDON & REES LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA  94111
3  Telephone: (415) 986-5900
   Facsimile:  (415) 986-8054
4
   Attorneys for Defendants
5  THE LINCOLN NATIONAL LIFE INSURANCE
   COMPANY, JEFFERSON PILOT FINANCIAL
6  INSURANCE COMPANY and CAMINAR, in its
   capacity as Plan Administrator of the Caminar
7  Comprehensive Health and Welfare Benefit Plan

8  JULIAN M. BAUM (SBN 130892)
   JULIAN M. BAUM & ASSOCIATES
9  9 Tenaya Lane
   Novato, CA 94947
10 Telephone: (415) 892-3152
   Facsimile: (888) 452-3849
11 Email: JMB@JMBLAWGROUP.COM

12 Attorneys for Plaintiff
   SHARON BARDILL
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 SHARON BARDILL, an individual,           )   CASE NO. C09-03025 CRB
                                            )
17                          Plaintiff,      )   **STIPULATION [AND** ~~PROPOSED~~
           v.                               )   **ORDER] TO CONTINUE**
18                                          )   **HEARING DATE ON MOTION**
   THE LINCOLN NATIONAL LIFE               )   **FOR SUMMARY JUDGMENT**
19 INSURANCE COMPANY; JEFFERSON            )
   PILOT FINANCIAL INSURANCE               )   **[USDC ND LR 6-1, 6-2]**
20 COMPANY; CAMINAR COMPREHENSIVE          )
   HEALTH AND WELFARE BENEFIT PLAN;        )
21 and CAMINAR, in its capacity as Plan    )
   Administrator of the Caminar Comprehensive )
22 Health and Welfare Benefit Plan,        )
                                            )
23                          Defendants.     )
                                            )
24

25 TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

26       Plaintiff SHARON BARDILL and Defendants THE LINCOLN NATIONAL LIFE

27 INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY;

28 CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and

CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan in this action, through their respective attorneys of record, hereby stipulate and respectfully request an order from this Court to continue the hearing date on the Cross Motions for Summary Judgment from January 14, 2011 to February 14, 2011, or until a date thereafter convenient to the Court.

The parties' request is made pursuant to USDC N.D. Local Rules 6-1 and 6-2.

The request for the continuance of the hearing date is based on the parties' desire to continue settlement discussions and unavailability of counsel.

The only other continuance in this case was done to change the date for the Case Management Conference.

The parties' request for a time modification by this stipulation will not have a material impact on the scheduling of this case as the only date on calendar is the hearing date on the Cross Motions for Summary Judgment that is the subject of this stipulation.

Respectfully submitted.

IT IS SO STIPULATED.

DATED:  December 8, 2010

GORDON & REES LLP

By_____/s/_____
Tad A. Devlin
Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan

1  DATED: December 8, 2010
                                            JULIAN M. BAUM & ASSOCIATES
2

3
                                            By____/s/_____
4                                              Julian M. Baum
                                               Attorneys for Plaintiff
5                                              SHARON BARDILL

6

7                              ~~PROPOSED~~ **ORDER**

8      The Court approves the parties' stipulation to continue the hearing date for Cross

9  Motions for Summary Judgment from January 14, 2011 to February 14, 2011, or February 18, 2011
   at 10:00 a.m.
10          IT IS SO ORDERED.

11

12  Date:_Dec. 10_, 2010           _____
                                    Charles R. Breyer
13                                  United States District Judge

*[Signature stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*