TAD A. DEVLIN (SBN 190355)
tdevlin@gordonrees.com
SHANNON L. ROSS (SBN: 205714)
sross@gordonrees.com
CARAINE R. LEON GUERRERO (SBN: 266046)
cguerrero@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan

JULIAN M. BAUM (SBN 130892)
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, CA 94947
Telephone: (415) 892-3152
Facsimile: (888) 452-3849
Email: jmb@jmblawgroup.com

Attorneys for Plaintiff
SHARON BARDILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BARDILL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan,<br><br>　　　　　Defendants. | CASE NO. C09-03025 CRB<br><br>**STIPULATION AND [PROPOSED ORDER] REGARDING THE REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S RULE 52 MOTION FOR JUDGMENT AND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff SHARON BARDILL ("Plaintiff") and Defendants THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan (collectively, "Defendants"), through their respective attorneys of record, hereby stipulate and respectfully request an Order from this Court regarding the remaining briefing schedule for Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Defendants' Opposition to Plaintiff's Rule 52 Motion for Judgment.

WHEREAS, Defendants filed their Cross-Motion for Summary Judgment on January 14, 2011 with proper 35 days notice under USDC N.D. Local Rules 7-1 and 7-2 in light of the February 18, 2011 hearing date set by this Court for the parties' cross-motions, and in compliance with this Court's December 10, 2010 Order (Dkt. 35) and the parties' counsels' meet and confer agreement. Plaintiff filed her Rule 52 Motion for Judgment on January 18, 2011.

The parties agree to the following remaining briefing schedule:

- Plaintiff's Opposition to Motion for Summary Judgment: **February 1, 2011**
- Defendants' Opposition to Rule 52 Motion for Judgment: **February 7, 2011**

The parties agree to forego filing reply briefs in support of their respective motions. This remaining briefing schedule will not impact the Court's calendar.

**IT IS SO STIPULATED.**

DATED: January 26, 2011

                              GORDON & REES LLP


                              By_____/s/_____
                              Tad A. Devlin
                              Attorneys for Defendants
                              THE LINCOLN NATIONAL LIFE
                              INSURANCE COMPANY, JEFFERSON PILOT
                              FINANCIAL INSURANCE COMPANY and
                              CAMINAR, in its capacity as Plan Administrator of
                              the Caminar Comprehensive Health and Welfare
                              Benefit Plan

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

DATED: January 26, 2011    JULIAN M. BAUM & ASSOCIATES

By     /s/     
    Julian M. Baum  
    Attorneys for Plaintiff  
    SHARON BARDILL

### ~~PROPOSED~~ ORDER

Based on the above stipulation, the Court approves the parties' remaining briefing schedule for their respective opposition briefs to Defendants' Motion for Summary Judgment and Plaintiff's Rule 52 Motion for Judgment.

IT IS SO ORDERED.

Date: January 27, 2011

_____  
Charles R. Breyer  
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (signature stamp)

Gordon & Rees LLP  
275 Battery Street, Suite 2000  
San Francisco, CA 94111