TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan

JULIAN M. BAUM (SBN 130892)
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, CA 94947
Telephone: (415) 892-3152
Facsimile: (888) 452-3849
Email: JMB@JMBLAWGROUP.COM

Attorneys for Plaintiff
SHARON BARDILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BARDILL, an individual,<br><br>                   Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and Welfare Benefit Plan,<br><br>                   Defendants. | CASE NO. C09-03025 CRB<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO BRING MOTION FOR FEES AND COSTS** |

The parties, Plaintiff SHARON BARDILL and Defendants THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY; CAMINAR COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN; and CAMINAR, in its capacity as Plan Administrator of the Caminar Comprehensive Health and

-1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Welfare Benefit Plan in this action, through their respective attorneys of record, hereby agree and stipulate as follows:

    Whereas the Court entered Order Granting Judgment on March 15, 2011 (Document 64).

    Whereas Defendants have filed on March 28, 2011 a Request for Final Judgment Pursuant to FRCP 58 (Document 65).

    Whereas Plaintiff's counsel has advised Defendants' counsel that Plaintiff anticipates filing a motion for reconsideration and/or an appeal of the Court's ruling, and Defendants' counsel has advised that Defendants may seek an award of attorneys' fees and costs against Plaintiff.

    Whereas the parties' counsel have met and conferred regarding the timing of Defendants' motion for costs and attorneys' fees pursuant to USDC LR 54-1, USDC LR 54-5, the Federal Rules of Civil Procedure and relevant statutory authority under ERISA, have agreed and stipulate to extend Defendants' time to file a motion for costs and attorneys' fees until thirty (30) days after the Court's action on Defendants' Request for Final Judgment (Document 65) in this case, or until a further date by stipulation and Court order, or otherwise as the Court may order.

    Respectfully submitted.

    IT IS SO STIPULATED.

DATED: March 29, 2011

    GORDON & REES LLP

    By_____/s/ Tad A. Devlin_____
    Tad A. Devlin
    Attorneys for Defendants
    THE LINCOLN NATIONAL LIFE
    INSURANCE COMPANY,
    JEFFERSON PILOT FINANCIAL
    INSURANCE COMPANY and
    CAMINAR, in its capacity as Plan
    Administrator of the Caminar
    Comprehensive Health and Welfare
    Benefit Plan

1  DATED: March 29, 2011

2                                                                    JULIAN M. BAUM & ASSOCIATES

3

4                                              By____/s/ Julian M. Baum_____
                                                      Julian M. Baum
                                                      Attorneys for Plaintiff
5                                                     SHARON BARDILL

6

7                                    ~~PROPOSED~~ **ORDER**

8       Based on the above stipulation, the Court extends the time for Defendants to bring any

9  Motion for Fees and Costs until thirty (30) days after the Court's action on Defendants' Request

10 for Final Judgment (Document 65) in this case, or until a further date by stipulation and Court

11 order, or otherwise as the Court may order.

12      IT IS SO ORDERED.

13

14 Date:_ March 31, 2011       _____
                                Charles R. Breyer
15                              United States District Judge



-3-
STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO BRING
MOTION FOR FEES AND COSTS                                    CASE NO. C09-03025 CRB