United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BARDILL,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE, THE, ET AL.,

Defendant.
_________________________________/

No. C 09-03025 CRB

**ORDER DENYING (1) MOTION TO ALTER JUDGMENT AND (2) MOTION FOR FEES**

For the reasons articulated at the motion hearing on July 15, 2011, both Plaintiff's Motion to Alter Judgment (dkt. 71) and Defendant's Motion for Fees (dkt. 73) are denied.

**IT IS SO ORDERED.**

Dated: July 18, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California